Thomas C. Frost, Esq. (CA Bar No. 185187)
Craig H. Wendland, Esq. (CA Bar No. 254118)
THE FROST FIRM
1010 Second Ave., 24th Floor
San Diego, CA 92101
Telephone: (619)822-1740
Facsimile: (619)822-1744

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN BRANDRUP, an individual, NICKLAS BRANDRUP, an individual, HYPERIKON, INC., a California Corporation,<br><br>Plaintiffs<br><br>vs.<br><br>ALVIN GOMEZ, an individual, FERNANDO TRUJILLO GRUMBIONIN a/k/a GRUMBIANIN a/k/a GRUMBIANINI, an individual, ROBERT KENYON, an individual, PLATINUM LED US, INC., a California Corporation, and DOES 1-10 inclusive,<br><br>Defendants | Case No. 13cv2254-BTM-BGS<br><br>**JOINT MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE**<br><br>Assigned to The Hon. Barry Ted Moskowitz<br>Location:  Courtroom 15B (Annex)<br><br>Complaint Filed:   9/19/2013<br>Trial Date:            None Set |

Plaintiffs JAN BRANDRUP, NICKLAS BRANDRUP, and HYPERIKON, INC., (collectively "Plaintiffs"), by and through their counsel, and Defendants ALVIN GOMEZ, and PLATINUM LED US, INC., joined by FERNANDO

1  TRUJILLO GRUMBIONIN a/k/a GRUMBIANIN a/k/a GRUMBIANINI, and
2  ROBERT KENYON, (collectively, "Defendants"), individually or by and through
3  their counsel as indicated below, respectfully submit this Joint Motion For Dismissal
4  Of Claims With Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil
5  Procedure, and Local Rule 7.2.

6      Plaintiffs and Defendants hereby jointly move to dismiss with prejudice all
7  remaining claims in this action, based on a private, confidential settlement agreement
8  reached between all the parties. Each party to bear his or its own attorneys' fees and
9  costs of suit.

10     Pursuant to Local Rule 7.2(c) and the Electronic Case Filing, CM/ECF, User's
11 Manual, Southern District of California (revised April, 2013), the Proposed Order
12 for Dismissal With Prejudice has not been electronically filed but has instead been
13 emailed to the Chambers of the Honorable Barry T. Moskowitz, Judge, U.S. District
14 Court, Southern District of California.

15     WHEREFORE, the Plaintiffs and Defendants stipulate that an order dismissing
16 this case with prejudice is appropriate and respectfully request that the Court enter
17 such an Order.
18 //

| | |
|---|---|
| DATED: January 28, 2014<br>Submitted by, | Signatures authorized and submitted with permission<br>Submitted by, |
| THE FROST FIRM<br>THOMAS C. FROST | THE LAW OFFICES OF<br>RAYMOND M. CONTRERAS |
| s/ THOMAS C. FROST | s/ RAYMOND M. CONTRERAS |
| THOMAS C. FROST | RAYMOND M. CONTRERAS |
| 1010 Second Ave., 24th Fl.<br>San Diego, CA 92101<br>Telephone: 619-822-1740<br>Facsimile: 619-822-1741 | 721 Third Avenue<br>Chula vista, CA<br>Telephone: 619-822-1740<br>Facsimile: 619-822-1741 |
| *Attorneys for Plaintiffs*<br>*Jan Brandrup, Nicklas Brandrup*<br>*and Hyperikon, Inc.* | *Attorneys for Defendants*<br>*Alvin Gomez and Platinum LED, US* |

JOINT MOTION FOR DISMISSAL                    Case No. 13cv2254-BTM-BGS

I, Fernando Trujillo, join this JOINT MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE as In Pro Per co-Defendant and concur with the statements contained herein.

_____     01-30-14
FERNANDO TRUJILLO, *In Pro Per*     Date
Defendant

I, Robert Kenyon, join this JOINT MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE as In Pro Per co-Defendant and concur with the statements contained herein.

_____     1-30-14
ROBERT KENYON, *In Pro Per*     Date
Defendant

THE FROST FIRM
1010 Second Avenue, 24th Floor
San Diego, CA 92101
TELEPHONE (619) 822-1740 · FACSIMILE (619) 822-1744

4

JOINT MOTION FOR DISMISSAL     Case No. 13cv2254-BTM-BGS

## **DECLARATION OF SERVICE**

I, the undersigned, declare:

1. I am over 18 years of age and not a party to this action. My business address is 1010 Second Avenue, 24th Floor, San Diego, California 92101 which is located in the county where the service described below took place.

2. On February 11, 2014, I electronically filed the Parties' document entitled JOINT MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE with the Clerk of Court using CM/ECF.

3. On February 11, 2014, I served the Parties' document entitled JOINT MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE on the interested parties in this action as listed on the Service List immediately following this Declaration of Service in the manner specified below:

[X] BY MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service addressed to all parties this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[X] BY ELECTRONIC MAIL ("Email"). I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated, if available.

[X] BY ELECTRONIC SERVICE ("E-Service"). A copy of said document(s) was delivered by E-Service to Raymond Contreras, Esq., via the electronic address on file with the court approved electronic court service for filing.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.


By: /s/ Craig H. Wendland
     CRAIG H. WENDLAND, ESQ.

# SERVICE LIST

*Brandrup, et al. v. Gomez, et al.*
**United States District Court, Southern District Of California**
**'13CV2254 BTM BGS**

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS ALVIN GOMEZ AND PLATINUM LED, US, INC. |
|---|---|
| Thomas C. Frost, Esq.<br>Craig H. Wendland, Esq.<br>THE FROST FIRM<br>1010 Second Ave., 24th Floor<br>San Diego, CA 92101<br>Telephone:  (619) 822-1740<br>Facsimile:  (619) 822-1744<br>Email: tfrost@thefrostfirm.com<br>Email: cwendland@thefrostfirm.com<br><br>*Attorneys for Plaintiffs* | Raymond M. Contreras, Esq.<br>LAW OFFICE OF RAYMOND M. CONTRERAS<br>721 Third Avenue<br>Chula Vista, CA 91910<br>Telephone:  (619) 425-9500<br>Facsimile:  (619) 425-3602<br>Email Address:   rmc@rmclaw.us<br><br>*Attorneys for Defendants Alvin Gomez and*<br>*Platinum LED, US, Inc.* |
| **DEFENDANT** | **DEFENDANT** |
| Robert Kenyon<br>3444 Tripp Court, Suite C<br>San Diego, CA 92121<br>Telephone:  (858)395-1076<br>Email: fc@firstcabin.com<br><br>*Individually* | Fernando Trujillo<br>1882 Harrils Mill Avenue<br>Chula Vista, CA 91913<br>Telephone: (619) 621-0314<br>Email: fersandiego@gmail.com<br><br>*Individually* |