UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN BRANDRUP, et al.<br><br>Plaintiffs<br><br>vs.<br><br>ALVIN GOMEZ, et al.<br><br>Defendants | Case No. 13cv2254-BTM-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

The Court has reviewed the parties' joint motion to dismiss the above action in its entirety with prejudice. The Court GRANTS this joint motion and DISMISSES this case with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: <u>February 13, 2014</u>

BARRY TED MOSKOWITZ, Chief Judge
United States District Court

- 1 -

Case No. 13cv2254-BTM-BGS